This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------------

No. 142  SSM 33
In the Matter of the Claim of
Lidia Burgos,
              Appellant,
          v.
Citywide Central Insurance
Program et al.,
              Respondents,
Workers' Compensation Board,
              Respondent.


          Submitted by Michael D. Uysal, for appellant.
          Submitted by J. Evan Perigoe, for respondents Citywide Central Insurance Program et al.
          Submitted by Laura Etlinger, for respondent Workers' Compensation Board.



*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, with costs.  The Appellate Division properly concluded that substantial evidence supports the Workers' Compensation Board's determinations as to the claimant's degree of impairment and loss of wage-earning capacity (see generally Matter of Zamora v New York Neurologic Assoc., 19 NY3d 186, 192-193 [2012]).  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.


Decided November 16, 2017